IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY A. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>GABRIEL CAMPANA, DAMON HAGAN, FREDERICK L. MILLER IV, and WILLIAM E. NICHOLS, JR.,<br><br>    Defendants. | No. 4:20-CV-00485<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 28th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions to Dismiss (Docs. 21 and 22) are **GRANTED**.

2. Leave to amend is **DENIED**.

3. The case is **DISMISSED** and the Clerk is directed to close the case file.

                                        BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        United States District Judge